UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
--------------------------------X

UNITED STATES OF AMERICA

   - against -                   Crim.No. 08-327 (SRC)

CHRISTOPHER DOSCHER,         CONSENT ORDER TO MODIFY
                              BAIL CONDITIONS
   Defendants.

--------------------------------X

    **THIS MATTER** being brought before the Court on the application of George J. Abdy, Esq., attorney for the defendant, Christopher Doscher, in the above entitled matter and for good cause shown;

    **IT IS** on this **28** day of **Feb** 2011;

    **ORDERED** that the prior Order Setting Conditions of Release for the above named defendant dated May 21, 2008 is modified as follows:

1. Defendant has been sentenced and bail shall be exonerated;
2. Defendant's passport in the custody of Pre-Trial Services ("PTS") may be released; and it is

    **FURTHER ORDERED** that Defendant's passport in the custody of "PTS" immediately be released to Defendant upon the execution of this Order;

                                            _____
                                            JUDGE STANLEY R. CHESLER
                                            United States District Judge

The undersigned hereby gives
his consent to the entry
of the above Order.

_____
A.U.S.A. Bohdan Vitvitsky